```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAYNE RICHARDS, Individually, and on
behalf of all others similarly situated,

         Plaintiffs,

    -against-

EMPIRE SCAFFOLDING SYSTEMS, INC., and
DEMARI INSTALLATIONS CORP., and
ANTONIOS MAMOUNAS, individually,

         Defendants.
------------------------------------------------------------X

21-CV-6638 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on March 14, 2022, Plaintiffs filed a reply in support of their motion for conditional class certification, and attached as an exhibit a proposed amended complaint, Dkt. 27-5.

  IT IS HEREBY ORDERED that the parties must meet-and-confer regarding Plaintiffs' proposed amended complaint. If Defendants consent, Plaintiffs must file the proposed amended complaint as an amended complaint by no later than **June 1, 2022.**

  IT IS FURTHER ORDERED that if Defendants do not consent, then in accordance with Rule 4(F) of this Court's Individual Practices, Plaintiffs must move for leave to file an amended complaint by **June 1, 2022**. Defendants' opposition to the motion must be filed no later than **June 8, 2022**, and Plaintiffs' reply must be filed no later than **June 10, 2022**.

**SO ORDERED.**

Date: May 24, 2022
   New York, New York

            _____
            **VALERIE CAPRONI**
            **United States District Judge**