UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE RICHARDS, on behalf of himself, individually, and on behalf of all others similarly-situated,

                         Plaintiff,

       -against-

EMPIRE SCAFFOLDING SYSTEMS, INC., and DEMARI INSTALLATIONS CORP., and DEMARI SERVICES, INC., and ANTONIOS MAMOUNAS, individually,

                       Defendants.

**Docket No.:** 21-cv-6638-VEC

**NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 <u>OFFER OF JUDGMENT</u>**

---

       **PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, named-Plaintiff Plaintiff Wayne Richards and the opt-in Plaintiffs Israel Allaico, Carlos Dominguez, Victor Luna, Manuel Malla, William Suarez, Manuel Yaguachi, and Fernando Espinobarra, hereby accept Defendants' Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
       June 5, 2023

                            Respectfully submitted,

                            BORRELLI & ASSOCIATES, P.L.L.C.
                            *Attorneys for Plaintiffs*
                            910 Franklin Avenue, Suite 200
                            Garden City, New York 11530
                            Tel. No. (516) 248-5550
                            Fax: (516) 248-6027

                            By: _____
                            MICHAEL J. BORRELLI (MB8533)

## <u>CERTIFICATE OF SERVICE</u>

I, Michael J. Borrelli, Esq., hereby certify that on this date, June 5, 2023, a true and correct copy of the foregoing *Notice of Acceptance of Defendants' Rule 68 Offer of Judgment*, dated June 5, 2023, was served *via* ECF on the following:

John P. Mastropietro, Esq.
MASTROPIETRO LAW GROUP, PLLC
jpm@mastrolgpllc.com
*Attorneys for Defendants*

_____
MICHAEL J. BORRELLI, ESQ.