UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE RICHARDS, on behalf of himself, individually, and on behalf of all others similarly-situated,

            Plaintiff,

-against-

EMPIRE SCAFFOLDING SYSTEMS, INC., and DEMARI INSTALLATIONS CORP., and DEMARI SERVICES, INC., and ANTONIOS MAMOUNAS, individually,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2023

**Docket No.:** 21-cv-6638-VEC

**PARTIAL JUDGMENT**

      **WHEREAS**, on June 1, 2023, Defendants EMPIRE SCAFFOLDING SYSTEMS, INC., and DEMARI INSTALLATIONS CORP., and DEMARI SERVICES, INC., and ANTONIOS MAMOUNAS, individually, (together as "Defendants"), offered named-Plaintiff Wayne Richards and the opt-in Plaintiffs Israel Allaico, Carlos Dominguez, Victor Luna, Manuel Malla, William Suarez, Manuel Yaguachi, and Fernando Espinobarra (collectively as "Plaintiffs"), to take judgment against them in this action with respect to Plaintiffs' claims arising under the Fair Labor Standards Act only, which are contained in the First Claim for Relief in Plaintiffs' Amended Complaint, ECF 38, pursuant to Federal Rule of Civil Procedure 68, in the amount of One Hundred and Fifty Thousand Dollars and Zero Cents ($150,000.00), inclusive of attorneys' fees and costs, to be divided equally between them in the amount of $18,750 per person; and

      **WHEREAS**, on June 5, 2023, Plaintiffs filed their Notice of Acceptance of this offer; and

      **WHEREAS**, there is no just reason for delay; it is

2

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs as against Defendants, jointly and severally, in the amount of One Hundred and Fifty Thousand Dollars and Zero Cents ($150,000.00) with respect to the First Claim for Relief in the Amended Complaint arising under the Fair Labor Standards Act.

SO ORDERED, on the __7__ day of __June_____, 2023, New York, New York:

_____
The Honorable Valerie E. Caproni, U.S.D.J.